### KINGWOOD COAL COMPANY,
Petitioner,

v.

### Terry D. DEVALL; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.

No. 00–1415.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 29, 2000.

Decided April 30, 2001.

William S. Mattingly, Jackson & Kelly, P.L.L.C., Morgantown, WV, for petitioner. C. Patrick Carrick, Morgantown, WV, for respondents.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

PER CURIAM.

Kingwood Coal Company seeks review of the Benefits Review Board's decision and other affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Kingwood Coal Company v. Devall,* BRB No. 98–876–BLA (B.R.B. Feb. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*